```
 1 │ JOSEPH P. RUSSONIELLO (CABN 44332)
   │ United States Attorney
 2 │
   │ JOANN M. SWANSON (CSBN 88143)
 3 │ Chief, Civil Division
   │
 4 │ NEILL T. TSENG (CSBN 220348)
   │ Assistant United States Attorney
 5 │
   │    450 Golden Gate Avenue, Box 36055
 6 │    San Francisco, California 94102-3495
   │    Telephone: (415) 436-7155
 7 │    FAX: (415) 436-6927
   │    neill.tseng@usdoj.gov
 8 │
   │ Attorneys for Defendant
 9 │ UNITED STATES DEPARTMENT OF AGRICULTURE
10 │
   │                    UNITED STATES DISTRICT COURT
11 │
   │                   NORTHERN DISTRICT OF CALIFORNIA
12 │
   │                           OAKLAND DIVISION
13 │
14 │ STATE FARM MUTUAL AUTOMOBILE )   No. CV 09-4789 PJH
   │ INSURANCE COMPANY,           )
15 │                              )
   │     Plaintiff,               )   STIPULATION TO CONTINUE
16 │                              )   INITIAL CASE MANAGEMENT
   │     v.                       )   CONFERENCE; [PROPOSED] ORDER
17 │                              )
   │ UNITED STATES DEPARTMENT OF  )
18 │ AGRICULTURE, and DOES ONE through )
   │ TEN, inclusive,              )
19 │                              )
   │     Defendants.              )
20 │ ─────────────────────────────
21 │     Subject to the approval of the Court, the parties hereby stipulate that the initial case
22 │ management conference scheduled for January 21, 2010, at 2:00 p.m., shall be continued until
23 │ March 25, 2010, at 2:00 p.m. The parties have agreed to this continuation because they have
24 │ reached an agreement to settle this case, and anticipate that a stipulation and proposed order
25 │ approving compromise settlement will be filed with the Court, payment will be delivered to the
26 │ plaintiff, and a stipulation to dismiss this case with prejudice will be filed with the Court by
27 │ March 25, 2010.
28 │
```

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CV 09-4789 PJH

```
 1                                    Respectfully submitted,
 2
 3
     DATED: 1-13-2010                  _____
 4                                     JEFFREY W. PARKS
                                       Attorney for Plaintiff
 5
 6
                                       JOSEPH P. RUSSONIELLO
 7                                     United States Attorney
 8
 9   DATED: 1-13-2010                  _____
                                       NEILL T. TSENG
10                                     Assistant United States Attorney
                                       Attorneys for Defendant
11
12
13   PURSUANT TO STIPULATION, IT IS SO ORDERED:
14
15
16
17
     DATED: 1/15/10
18                                     _____
                                       IT IS SO ORDERED
19                                     HAMILTON
                                       [signature]                JUDGE
20                                     Judge Phyllis J. Hamilton
21
22
23
24
25
26
27
28
     STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
     CV 09-4789 PJH                        2
```