1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
7      FAX: (415) 436-6927
       neill.tseng@usdoj.gov
8
   Attorneys for Defendant
9  UNITED STATES DEPARTMENT OF AGRICULTURE

10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                  OAKLAND DIVISION
13

14 | STATE FARM MUTUAL AUTOMOBILE ) No. CV 09-4789 PJH
     INSURANCE COMPANY,           )
15                                )
              Plaintiff,          ) **STIPULATION TO SUBSTITUTE**
16                                ) **UNITED STATES OF AMERICA AS**
       v.                         ) **PARTY DEFENDANT; [PROPOSED]**
17                                ) **ORDER**
   UNITED STATES DEPARTMENT OF    )
18 | AGRICULTURE, and DOES ONE through )
   TEN, inclusive,                )
19                                )
              Defendants.         )
20 _____ )

21     Subject to the approval of the Court, the parties hereby stipulate that the United States of
22 America shall be substituted as party defendant for the United States Department of Agriculture.
23 This substitution is required because, pursuant to 28 U.S.C. § 2679(a), the United States
24 Department of Agriculture is not a proper defendant and the United States of America should be
25 substituted as party defendant.
26
27
28
   STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS PARTY DEFENDANT; [PROPOSED]
   ORDER
   CV 09-4789 PJH


Respectfully submitted,

DATED: 1-13-2010

_____
JEFFREY W. PARKS
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney


DATED: 1-13-2010

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 1/19/10

_____
HONORABLE
UNITED S

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS PARTY DEFENDANT; [PROPOSED] ORDER
CV 09-4789 PJH                                       2