```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    JOANN M. SWANSON (CSBN 88143)
 3  Chief, Civil Division

 4  NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
 7     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
 8
    Attorneys for Defendant
 9  UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13
```

| | | |
|---|---|---|
| 14 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | No. CV 09-4789 PJH |
| 15 | Plaintiff, | |
| 16 | v. | SECOND STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| 17 | UNITED STATES OF AMERICA, and DOES ONE through TEN, inclusive, | |
| 18 | Defendants. | |

        Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference scheduled for March 25, 2010, at 2:00 p.m., shall be continued until April 27, 2010, at 2:00 p.m. This is the second request for continuation of the initial case management conference. The parties have agreed to this continuation because they have settled this case (Doc. #22) and now are simply awaiting payment to the plaintiff by the U.S. Treasury. The U.S. Attorney's Office does not have any control over the time for payment by the U.S. Treasury. However, defendant's counsel represents that the U.S. Treasury, on or around March 15, 2010, stated that payment was expected to be processed in seven to ten business days. As

SECOND STIP. TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CV 09-4789 PJH

soon as the settlement payment is delivered to plaintiff's counsel, the parties intend to file a stipulation to dismiss this case with prejudice. The parties anticipate that this will happen by April 27, 2010. Therefore, in the interest of not wasting the Court's valuable time and resources, the parties hereby stipulate to continue until that date the initial case management conference currently scheduled for March 25, 2010. The case management conference is continued to April 29, 2010 at 2:00 p.m.

Respectfully submitted,

DATED: 3-16-10

_____
JEFFREY W. PARKS
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney


DATED: 3/16/10

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: 3/17/10

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

SECOND STIP. TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CV 09-4789 PJH                                     2