1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7155
6  FAX: (415) 436-6927
   neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 STATE FARM MUTUAL AUTOMOBILE  )   No. CV 09-4789 PJH
   INSURANCE COMPANY,            )
14                               )
         Plaintiff,              )   **STIPULATION TO DISMISS WITH**
15                               )   **PREJUDICE; [PROPOSED] ORDER**
      v.                         )
16                               )
   UNITED STATES OF AMERICA, and )
17 DOES ONE through TEN, inclusive, )
                                 )
18       Defendants.             )
                                 )
19 _____ )

20        THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY

21 SUBMIT THE FOLLOWING STIPULATION:

22        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff STATE FARM

23 MUTUAL AUTOMOBILE INSURANCE COMPANY and defendant UNITED STATES OF

24 AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all

25 claims that were or could have been asserted therein.  Each party will bear its own costs and

26 attorneys fees.

27

28

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
CV 09-4789 PJH

```
 1
 2                                  Respectfully submitted,
 3
     DATED: 4/22/10                 _____
 4                                  JEFFREY W. PARKS
                                    Attorney for Plaintiff
 5
 6
                                    JOSEPH P. RUSSONIELLO
 7                                  United States Attorney
 8
 9   DATED: 4/22/10                 _____
                                    NEILL T. TSENG
10                                  Assistant United States Attorney
                                    Attorneys for Defendant
11
12
13   PURSUANT TO STIPULATION, IT IS SO ORDERED:
14
15
16
17
     DATED: 4/23/10
18                                  _____
19
20
21
22
23
24
25
26
27
28
```

