GLENN E. GUTSCHE, Esq. (State Bar No. 145825)
**LAW OFFICES OF JEFFREY W. PARKS**
717 College Avenue, Second Floor
Santa Rosa, California 95404
Telephone: (707) 525-0900
Facsimile: (707) 573-0179

Attorney for Plaintiff,
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
Our File No., 24054

RECEIVED
2010 APR 22 P 3:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITES STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 09 4789 JL<br><br>(~~PROPOSED~~) **ORDER DISMISSING ENTIRE ACTION** |

The parties herein having agreed to settle this case for consideration paid, Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, hereby requests that an Order be entered dismissing this law suit with prejudice.

The Court having considered the request of the Plaintiff to dismiss this law suit with prejudice,

It is hereby ORDERED, that the entire action and all causes be dismissed with prejudice.

DATED: 4/23/10

_____
HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SAN FRANCISCO DIVISION

IT IS SO ORDERED
Judge Phyllis J. Hamilton

PROPOSED ORDER DISMISSING ENTIRE ACTION
CASE NO. CV 09 4789 JL                    -1-